JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIBERTY LAND TRUST # 1,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EQUIFIRST CORPORATION; HOMECOMINGS FINANCIAL, a division of GMAC HOME LOANS; REGIONS MORTGAGE; MILES, BAUER, BERSTROM and WINTER LLP; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; ALL OTHERS SEEKING ANY INTEREST, TITLE OR RIGHT OF 17933 CATALPA ST., HESPERIA, CA, 92345; DOES 1 THROUGH 100,<br><br>　　　　Defendant. | Case No. EDCV10-1906 JVS(DTBx)<br><br>**JUDGMENT**<br><br>Assigned to Hon. James V. Selna |

**RECYCLED PAPER**

**JUDGMENT**

1
2

# JUDGMENT OF THE COURT

3   Pursuant to the Court's order of April 8, 2011 (Dkt. # 27), IT IS HEREBY
4 ORDERED, ADJUDGED AND DECREED that Plaintiff's entire action is dismissed
5 with prejudice as to all Defendants, the sole exception being Plaintiff's claim under
6 Cal. Civ. Code § 2923.5, which is dismissed without prejudice.

7
8
9
10   Dated:   April 18, 2011
11                              Hon. James V. Selna
                                U.S. District Court Judge
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1

**JUDGMENT**

RECYCLED PAPER